| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

TOMMIE D. SCHEXNAYDER, §
§
    Plaintiff, §
§
*versus* §    CIVIL ACTION NO. 1:24-CV-282
§
MIKE'S ENTERPRISES, INC., §
§
    Defendant. §

## ACKNOWLEDGMENT OF DISMISSAL

    The Plaintiff has filed a Notice of Voluntary Dismissal (#5) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) before the opposing party served either an answer or motion for summary judgment. Accordingly, the court acknowledges that this action is dismissed in its entirety, without prejudice, effective the date of the party's voluntary dismissal. Each party shall bear its own costs of court and attorneys' fees.

    SIGNED at Beaumont, Texas, this 4th day of November, 2024.

*[Signature: Marcia A. Crone]*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE